

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2022

No. 04-22-00138-CV

**SAN ANTONIO WATER SYSTEM**, an Agency of the City of San Antonio,
Appellant

v.

**MATIRAAN, LTD**., and Marylyn House,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-08486
Honorable Laura Salinas, Judge Presiding

# O R D E R

On July 27, 2022, appellant filed an unopposed second motion requesting an extension of time to file appellant's reply brief. Appellant's motion is GRANTED. Appellant's reply brief is due **no later than August 16, 2022**. *Further requests for extensions of time will be disfavored.*

It is so **ORDERED** on this 2nd day of August, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court